IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv425-T |
| | ) | (WO) |
| DEBORAH E. HOLLOWAN, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff United States of America filed this action against defendant Deborah E. Hollowan on May 6, 2005, to recover an erroneous refund of federal taxes pursuant to 26 U.S.C.A. § 7405. Jurisdiction is proper under 28 U.S.C.A. §§ 1340 and 1345 and 26 U.S.C.A. § 7402(a). This case is before the court on the government's motion for judgment on the pleadings. For the reasons that follow, the motion will be granted.

The government asserts that Hollowan filed an IRS Form 1040, Individual Income Tax Return, for the 1999 tax year,

in which she claimed a credit of $ 8,041 based on a tax payment made by a Regulated Investment Company or a Real Estate Investment Trust of which she was allegedly a shareholder. The government alleges that Hollowan was not, in fact, a shareholder in any Regulated Investment Company or a Real Estate Investment Trust for the 1999 tax year, and was not entitled to the tax refund in the amount of $ 8,041.

Judgment on the pleadings is appropriate when there are no material facts in dispute. <u>Hawthorne v. Mac Adjustment, Inc.</u>, 140 F.3d 1367, 1370 (11th Cir. 1998). In her answer of July 5, 2005, defendant agreed to pay back the sum of $ 8,041. Consequently, there are no disputed facts in this case, material or otherwise. By order dated August 24, 2005, this court ordered Hollowan to respond by September 9, 2005, to the government's motion for judgment on the pleadings, or the relief requested in the government's motion would be granted.  Hollowan made no objection or response to the court's order.

Rule 12(c) of the Federal Rules of Civil Procedure provides that judgment on the pleadings is appropriate "[a]fter the pleadings are closed but within such time as not to delay the trial." Here, because Hollowan concedes that she owes the amount claimed by the government, and because she failed to respond to the government's motion, judgment on the pleadings should be granted in favor of the United States.

An appropriate judgement will be entered.

DONE, this the 19th day of September, 2005.


　　　　　　　　　　　　　　 ___/s/ Myron H. Thompson___
　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**