IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )       CIVIL ACTION NO.
    v.                       )          2:05cv425-T
                             )             (WO)
DEBORAH E. HOLLOWAN,         )
                             )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT and DECREE of the court:

(1) Plaintiff United States of America's motion for judgment on the pleadings (doc. no. 6) is granted.

(2) Judgment is entered in favor of plaintiff United States of America and against defendant Deborah E. Hollowan.

(3) Plaintiff United States of America shall have and recover the sum of $ 8,041 from defendant Hollowan, plus interest from the date of payment of the erroneous tax refund.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 19th day of September, 2005.**


                                                      /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**